UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOTHAMER TAX RESOLUTION, INC, et al.,

    Plaintiff,

v.

PAUL KIMMEL,

    Defendant.
_____/

Case No. 1:25-cv-579

Hon. Hala Y. Jarbou

## **ORDER**

In accordance with the opinion issued on this date:

**IT IS ORDERED** that Defendant's objection (ECF No. 116) is **SUSTAINED IN PART** and **OVERRULED IN PART.**

**IT IS FURTHER ORDERED** that the report and recommendation (ECF No. 107) is **APPROVED IN PART** and **REJECTED IN PART** for the reasons contained in the opinion.

**IT IS FURTHER ORDERED** that Plaintiffs' motion for a temporary restraining order and preliminary injunction (ECF No. 87) is **GRANTED IN PART** and **DENIED IN PART.**

**IT IS FURTHER ORDERED** that Plaintiffs' motion for a preliminary injunction (ECF No. 2) is **DENIED IN PART** and **HELD IN ABEYANCE IN PART.** The Court holds in abeyance its decision related to the requested preliminary injunction to enforce the contract provision requiring the return of Lothamer's software, pending an evidentiary hearing.

**IT IS FURTHER ORDERED** that Defendant must immediately take down from LinkedIn, and any other places where it is published, his article (initially posted June 28, 2025,

and subsequently reposted July 24, 2025) that has the following title: "What They're Not Telling You: A Developer's Experience Inside a Tax Resolution Firm."  For the duration of this injunction, Defendant must not repost, on LinkedIn or other platforms, the same article or one substantially similar.

**IT IS FURTHER ORDERED** that an Evidentiary **HEARING** shall be held on **September 9, 2025, at 9:00 AM**.  The parties shall present witnesses and/or evidence at the hearing related to Plaintiffs' request for a preliminary injunction requiring the return of Lothamer's software.

Dated: August 29, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE