UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LOTHAMER TAX RESOLUTION, INC., et al.,

      Plaintiffs,

v.

PAUL KIMMEL,

      Defendant.

Hon. Hala Y. Jarbou

Case No. 1:25-cv-579

**ORDER**

This matter is before the Court on Plaintiffs' Renewed Emergency Motion for an Order to Show Cause Why Defendant Has Not Complied with ECF No. 145. (ECF No. 163.) Defendant Kimmel shall file a response to Plaintiffs' motion no later than Friday, October 17, 2025. An in-person motion hearing is scheduled for Thursday, October 23, 2025 at 10:00 a.m. at 650 Federal Building, Grand Rapids, Michigan before the undersigned.

IT IS SO ORDERED.

Dated: October 14, 2025

      /s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge