UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LOTHAMER TAX RESOLUTION, INC., et al.,

    Plaintiffs/Counter-Defendants,

v.

PAUL KIMMEL,

    Defendant/Counter Claimant.

Hon. Hala Y. Jarbou

Case No. 1:25-cv-579

## ORDER

This matter is before the Court on Plaintiffs' Renewed Emergency Motion for an Order to Show Cause Why Defendant Has Not Complied with ECF No. 145. (ECF No. 163.) For the reasons stated on the record at the hearing held October 23, 2025, the motion (ECF No. 163) is denied without prejudice.

IT IS SO ORDERED.

Dated: October 23, 2025

    /s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge