UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LOTHAMER TAX RESOLUTION, INC., et al.,

      Plaintiffs,

v.

PAUL KIMMEL,

      Defendant.

Hon. Hala Y. Jarbou

Case No. 1:25-cv-579

## ORDER

This matter is before the Court on the March 27, 2026 Declaration of Jesse Lothamer submitted in support of Plaintiffs' Motion for Protective Order Regarding the Lothamer Valuation. (ECF No. 231-2.) Pursuant to W.D. Mich. LCivR. 5.7(d)(iii)(B), the electronically filed version of a declaration submitted under penalty of perjury must bear a scanned image of the original manuscript signature. The filed declaration reflects a computer-generated signature. (ECF No. 231-2, at PageID. 3286.) As such, the Clerk is directed to **strike** and **remove** the declaration (ECF No. 231, Exhibit 2). Plaintiffs may file a corrected declaration in compliance with the rule within two days.

      IT IS SO ORDERED.

Dated: March 30, 2026

       /s/ Sally J. Berens
      SALLY J. BERENS
      U.S. Magistrate Judge