UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOTHAMER TAX RESOLUTION, INC.,
et al.,

     Plaintiffs,                                 Hon. Hala Y. Jarbou

v.                                      Case No. 1:25-cv-579

PAUL KIMMEL,

     Defendant.

**ORDER**

The Court has before it Defendant's reply in support of his motion for leave to file third amended answer, affirmative defenses, and counterclaims. (ECF No. 245.) Defendant's reply violates Western District of Michigan Local Civil Rule 7.3(c), which provides that for nondispositive motions such as a motion for leave to amend, "[r]eply briefs may not be filed without leave of court." Defendant failed to seek leave prior to filing his reply.

A reply is not permitted as a matter of course. Rather, it should be allowed only to address a new argument raised in a response and not to simply rehash arguments already presented to the Court. Given Defendant's failure to comply with the applicable rule, the Court will strike the reply. If Defendant wishes the Court to consider it, he must move for leave and explain why it is necessary. Therefore,

**IT IS HEREBY ORDERED** that the Clerk shall **strike and remove** Defendant's reply (ECF No. 245) from the docket.

Dated: April 13, 2026                        /s/ Sally J. Berens
                                        SALLY J. BERENS
                                        U.S. Magistrate Judge