UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF
MICHIGAN SOUTHERN DIVISION

LOTHAMER TAX RESOLUTION INC,
ET AL.,

    Plaintiffs,           Hon. Hala Y. Jarbou

v.                 Case No. 1:25-cv-579

PAUL KIMMEL,

    Defendant.

_____/

**AMENDED ORDER**

The Court has before it Defendant/Counter-Claimant Paul Kimmel's motion to file a reply brief in support of his motion for leave to file third amended answer, affirmative defenses, and counterclaims (ECF No. 258) and Kimmel's motion for leave to file a reply brief in support of his motion for leave to file supplemental counterclaims. (ECF No. 260.) For the reasons that follow, ECF No. 258 is **DENIED**, and ECF No. 260 is **GRANTED**.

First, the Court has reviewed both Kimmel's motion for leave to file third amended answer, affirmative defenses, and counterclaims and Lothamer's response. Because the response is limited to the issues and arguments Kimmel raises in his motion, the present briefs fully develop the issue and there is no need for further argument.

As for Kimmel's motion to file a reply in connection with his motion to file supplemental counterclaims, having reviewed Lothamer's response, the Court finds that Lothamer raised issues Kimmel did not address in his motion/brief. Accordingly, a reply is appropriate. The Clerk shall

docket Kimmel's proposed reply (ECF No. 260-1) as Kimmel's reply to ECF No. 236.

**IT IS SO ORDERED**.

Dated: April 24, 2026                                    /s/ Sally J. Berens
                                                        SALLY J. BERENS
                                                        United States Magistrate Judge