UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LOTHAMER TAX RESOLUTION, INC., et al.,

      Plaintiffs,

v.

PAUL KIMMEL,

      Defendant.

Hon. Hala Y. Jarbou

Case No. 1:25-cv-579

**ORDER**

This matter is before the Court on Defendant's Motions to Compel Discovery Responses (ECF Nos. 224 and 250) and Plaintiffs' Motion for a Protective Order Regarding the Lothamer Valuation (ECF No. 231). For the reasons stated on the record at the hearing held April 28, 2026, Defendant's Motion to Compel Discovery Responses (ECF No. 224) is granted in part and denied in part. Defendant's Motion to Compel Discovery Responses (ECF No. 250) is denied. Plaintiffs' Motion for a Protective Order Regarding the Lothamer Valuation (ECF No. 231) is granted in part, as stated on the record.

Additionally, and as stated on the record to the parties during the hearing, the parties are required to meet and confer by voice before the filing of any further motions to compel. A certificate regarding motion concurrence shall be filed in conjunction with any motion to compel stating the efforts that were made to meet and confer. The Court expects that the parties will use their best efforts to resolve discovery disputes before filing a motion.

IT IS SO ORDERED.

Dated: April 28, 2026

    /s/ Sally J. Berens
    SALLY J. BERENS
    U.S. Magistrate Judge