UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOTHAMER TAX RESOLUTION, INC., et al.,

      Plaintiffs,

v.

PAUL KIMMEL, et al.,

      Defendants.

Hon. Hala Y. Jarbou

Case No. 1:25-cv-00579

## ORDER TO SHOW CAUSE

The Court has before it Plaintiffs' Request for Entry of Default as to Defendant Dumpster Fires Media, LLC. (ECF No. 324.) A First Amended Complaint adding this defendant was filed on May 13, 2026. Summons issued on May 21, 2026. Plaintiffs filed a proof of service on June 3, 2026, reflecting service of process was executed by certified mail with a return receipt attached to the document. (ECF No. 284.) Plaintiffs have failed to demonstrate proper service.

Plaintiffs are not entitled to entry of default unless they have effected proper service. A court may raise the issue of ineffective service of process *sua sponte*. *Friedman v. Estate of Presser*, 929 F.2d 1151, 1155 n.4 (6th Cir. 1991). The requirement of proper service is not some "mindless technicality," nor is it meant to be an obstacle course for plaintiffs. *Id.* at 1156. "[W]ithout proper service of process . . . a court may not exercise personal jurisdiction over a named defendant." *King v. Taylor*, 694 F.3d 650, 655 (6th Cir. 2012). And a federal court is "powerless" to adjudicate a case without personal jurisdiction over the parties. *Id.* (citation omitted).

Service on an LLC under the Federal Rules of Civil Procedure may be made by delivering a copy of the summons and complaint to an "officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(h)(1)(B). This means that personal service is required. Service may also be made as authorized by state law. Fed. R. Civ. P. 4(h)(1)(A). Under Michigan law, service on an LLC may be accomplished as follows:

> (1) Serving a summons and a copy of the complaint on the managing member, the non-member manager, or the resident agent;

> (2) Serving a summons and a copy of the complaint on a member or other person in charge of an office or business establishment of the limited liability company and sending a summons and a copy of the complaint by registered mail, addressed to the registered office of the limited liability company;

> (3) If a limited liability company fails to appoint or maintain an agent for service of process, or service under subsections (1) and (2) cannot be accomplished through the exercise of reasonable diligence, service of process may be made by delivering or mailing by registered mail to the [director of LARA or his or her designated representative] . . . a summons and copy of the complaint.

Mich. Ct. R. 2.105(H).

Here, service on Defendant Dumpster Fires Media, LLC, was by certified mail care of Resident Agent Zen Business Inc. As noted above, under Rule 4(h)(1)(B), personal service is required. Likewise, under MCR 2.105(H)(1) personal service on the resident agent is required. Accordingly, it appears that Plaintiffs are not entitled to entry of default against this defendant. Therefore,

**IT IS ORDERED** that within **seven days**, Plaintiffs shall show cause why their request for entry of default against Defendant Dumpster Fires Media, LLC should not be dismissed.

Dated: July 10, 2026

　　　　　　　　　　　　　　　 /s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge