UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LOTHAMER TAX RESOLUTION, INC., et al.,

      Plaintiffs,

v.

PAUL KIMMEL, et al.,

      Defendants.

Hon. Hala Y. Jarbou

Case No. 1:25-cv-579

**ORDER**

On July 6, 2026, Plaintiffs filed their Motion to Quash Subpoena Directed to Fulkrum Studios. (ECF No. 312.) This motion is set for hearing before the undersigned on August 5, 2026. Plaintiffs shall serve a copy of this Order, the Notice of Hearing, and videoconference information (ECF Nos.  329 and 330) to third-party Fulkrum Studios and file a proof of service of such within three days of this Order.

IT IS SO ORDERED.

Dated: July 13, 2026

      /s/ Sally J. Berens
      SALLY J. BERENS
      U.S. Magistrate Judge