UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LOTHAMER TAX RESOLUTION, INC., et al.,

      Plaintiffs,

v.

PAUL KIMMEL, et al.,

      Defendants.

Hon. Hala Y. Jarbou

Case No. 1:25-cv-579

**ORDER**

On July 13, 2026, Plaintiffs filed a Notice of Intent to Withdraw Subpoena to Richard Hemenway Jr. (ECF No. 332.) While the document title suggests the Notice relates to a subpoena to Richard Hemenway, Brad Mruzek's name appears throughout the document. Within three days of this Order, Plaintiffs shall either clarify or refile a corrected notice.

IT IS SO ORDERED.

Dated: July 14, 2026

      /s/ Sally J. Berens
      SALLY J. BERENS
      U.S. Magistrate Judge