UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOTHAMER TAX RESOLUTION, INC., et al.,

     Plaintiffs,

v.

PAUL KIMMEL, et al.,

     Defendants.

Hon. Hala Y. Jarbou

Case No. 1:25-cv-579

## ORDER

On June 10, 2026, Defendant Paul Kimmel filed a Motion for Protective Order Regarding CTS Software Materials relating to Plaintiffs' subpoena that was served upon non-party Brad Mruzek. (ECF No. 288.) On June 24, 2026, Plaintiffs filed their response to the motion. (ECF No. 300.) On June 25, 2025, Defendant Kimmel filed a Motion for Leave to File a Limited Reply to Plaintiffs' Response to Defendant's Motion for Protective Order. (ECF No. 301.) Plaintiffs filed their response in opposition on July 6, 2026. (ECF No. 313.) On July 13, 2026, Plaintiffs filed a Notice of Intent to Withdraw Subpoena Duces Tecum to Brad Mruzek (ECF No. 333), which the Court granted. (ECF No. 336.) It appearing that Defendant Kimmel's motion for protective order is moot, Defendant Kimmel is directed to file a response within five days confirming that Plaintiffs' withdrawal of the Mruzek subpoena effectively moots the motion for protective order and Defendant Kimmel's related motion for leave to file a limited reply.

IT IS SO ORDERED.

Dated: July 16, 2026

    /s/ Sally J. Berens
    SALLY J. BERENS
    U.S. Magistrate Judge