UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LOTHAMER TAX RESOLUTION, INC., et al.,

Plaintiffs,

v.

PAUL KIMMEL, et al.,

Defendants.

Hon. Hala Y. Jarbou

Case No. 1:25-cv-579

**ORDER**

This matter is before the Court on Defendant Kimmel's Motion to Clarify Litigation Use of Evidence Preserved in the Forensic Image Under ECF No. 115 (ECF No. 310), Plaintiffs' Motion to Quash Subpoena Directed to Fulkrum Studios (ECF No. 312), Defendant Kimmel's Motion to Exclude Undisclosed Technical Opinions in the Vartoogian Declaration and to Compel Complete Expert Disclosures (ECF No. 314), and Plaintiffs' Motion for Leave to Amend Expert Witness Disclosures (ECF No. 354.)

For the reasons stated on the record at the hearing held August 19, 2026, the motions are decided as follows:

Defendant Kimmel's Motion to Clarify Litigation Use of Evidence Preserved in the Forensic Image Under ECF No. 115 (ECF No. 310) and Plaintiffs' Motion to Quash Subpoena Directed to Fulkrum Studios (ECF No. 312) are denied without prejudice.

Defendant Kimmel's Motion to Exclude Undisclosed Technical Opinions in the Vartoogian Declaration and to Compel Complete Expert Disclosures (ECF No. 314) is dismissed as moot.

Plaintiffs' Motion for Leave to Amend Expert Witness Disclosures (ECF No. 354) is dismissed as resolved by the parties.

IT IS SO ORDERED.

Dated: August 19, 2026

/s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge