UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LOTHAMER TAX RESOLUTION, INC., et al.,

Plaintiffs,

v.

PAUL KIMMEL, et al.,

Defendants.

Hon. Hala Y. Jarbou

Case No. 1:25-cv-579

**ORDER**

This matter is before the Court on Plaintiffs' Motion to Quash Subpoena Directed to Fulkrum Studios. (ECF No. 392.) Upon review of the motion and related filings, the Plaintiffs' have failed to file a proof of service of the motion on Third Party Fulkrum Studios. Therefore, Plaintiffs shall serve Fulkrum Studios a copy of Plaintiffs' Motion to Quash Subpoena Directed to Fulkrum Studios and file a proof of service within three days of the date of this Order.

IT IS SO ORDERED.

Dated: August 24, 2026

/s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge