UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOTHAMER TAX RESOLUTION, INC., et al.,

Plaintiffs,

Case No. 1:25-cv-579

v.

Hon. Hala Y. Jarbou

PAUL KIMMEL,

Defendant.
______________________________/

**ORDER**

The Court is in receipt of Plaintiffs' motion to seal (ECF No. 406) and emergency motion for an order to show cause (ECF No. 407). Accordingly,

**IT IS ORDERED** that Plaintiffs' motion to seal (ECF No. 406) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Kimmel is directed to respond to the motion for an order to show cause by **September 4, 2026, at 12:00 p.m.** Plaintiffs are directed to electronically serve the motion and this Order on Defendant Kimmel by **September 2, 2026**.

Dated: September 2, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE