UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LOTHAMER TAX RESOLUTION, INC., et al.,

Plaintiffs,

v.

PAUL KIMMEL, et al.,

Defendants.

Hon. Hala Y. Jarbou

Case No. 1:25-cv-579

**ORDER**

This matter is before the Court on Plaintiffs' Motion to Determine the Sufficiency of Defendant Kimmel's Answers to Lothamer's Requests for Admissions and Deem Admitted or Compel Amended Answers (ECF No. 421), Plaintiffs' Motion to Compel Discovery from Defendant Kimmel (ECF No. 423), Defendant Kimmel's Motion for Protective Order (ECF No. 458), and Defendant Kimmel's Motion for Protective Order Regarding Rule 30(b)(6) Deposition and Request for Expedited Consideration (ECF No. 466). For the reasons stated on the record at the hearing held October 8, 2026, the Court orders the following:

Plaintiffs' Motion to Determine the Sufficiency of Defendant Kimmel's Answers to Lothamer's Requests for Admissions and Deem Admitted or Compel Amended Answers (ECF No. 421) is granted in part.

Plaintiffs' Motion to Compel Discovery from Defendant Kimmel (ECF No. 423) is granted in part. Within seven days of this Order, the parties shall submit briefing discussing whether a whistleblower privilege exists that prevents Plaintiffs' access to documents submitted by Defendant Kimmel to the Court, and if not, whether Plaintiffs are entitled to those documents.

Defendant will serve supplemental discovery responses within seven days of the date of the hearing. Defendant will produce all documents that were ordered produced within 30 days of the date of the hearing. Defendant shall provide to Plaintiffs' expert read-only access to DevOps, as discussed on the record, which shall be treated as attorney's eyes only and expert's eyes only.

Defendant Kimmel's Motion for Protective Order (ECF No. 458) is denied, as stated on the record.

Defendant Kimmel's Motion for Protective Order Regarding Rule 30(b)(6) Deposition and Request for Expedited Consideration (ECF No. 466) is denied, as stated on the record.

IT IS SO ORDERED.

Dated: October 9, 2026

/s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge