UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

US District Court - Western District of Michigan
Clerks Office
110 Michigan St NW, Suite 399
Grand Rapids, MI 49503

FILED - GR
October 13, 2026 1:06 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM SCANNED BY: AR / 10.13

LOTHAMER TAX RESOLUTION, INC., et al.,

Plaintiffs,

v.

PAUL KIMMEL, et al.,

Defendants.

Case No. 1:25-cv-579
Hon. Hala Y. Jarbou
Magistrate Judge Sally J. Berens

______________________________/

**DEFENDANT PAUL KIMMEL'S MOTION FOR PERMISSION TO POSSESS AND USE ELECTRONIC DEVICES DURING COURT PROCEEDINGS**

Defendant Paul Kimmel, appearing pro se, respectfully moves pursuant to W.D. Mich. LGenR 4.3(c)(viii) and (d)(i) for permission to possess and use a laptop computer and cellular telephone during hearings, pretrial proceedings, and trial, including Wi-Fi and cellular-data connectivity for litigation-related purposes.

As set forth in the accompanying Brief in Support, the requested permission is necessary to permit Defendant to access the extensive electronic record, review exhibits and authorities, take notes, and present evidence during court proceedings. At the October 8, 2026 hearing, Magistrate Judge Berens indicated that Defendant could seek such permission by motion.

Defendant will comply with courthouse security requirements and all directions of the presiding judicial officer. Defendant does not seek permission to photograph, record, broadcast, or livestream proceedings.

**WHEREFORE**, Defendant respectfully requests that the Court enter an order authorizing him to bring and use a laptop computer, cellular telephone, and necessary charging

accessories during proceedings in this action, including Wi-Fi and cellular-data connectivity for litigation-related purposes, and directing that such authorization be communicated to the United States Marshals Service and courthouse security personnel.

Respectfully submitted,

Dated: October 13, 2026

/s/ Paul Kimmel
Paul Kimmel
Defendant, Pro Se
13888 Harvest Lane
Bath, Michigan 48808
(517) 930-5671
pkimmel@softconcepts.com