UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LOTHAMER TAX RESOLUTION, INC., et al.,

Plaintiffs,

v.

PAUL KIMMEL,

Defendant.

Hon. Hala Y. Jarbou

Case No. 1:25-cv-579

**ORDER**

The parties are ordered to take part in pro bono Voluntary Facilitative Mediation with a mediator to be selected by the Court's administrator. The mediation shall occur no later than November 17, 2026.

IT IS SO ORDERED.

Dated: October 14, 2026

/s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge