UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOTHAMER TAX RESOLUTION, INC., et al.,

Plaintiffs,

v.

PAUL KIMMEL, et al.,

Defendants.

Hon. Hala Y. Jarbou

Case No. 1:25-cv-579

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Sanctions against Non-Party Software Conceptions, Inc. (ECF No. 500), Plaintiffs' Third Motion to Extend the Court Order's Discovery Deadlines (ECF No. 518), and Plaintiffs' Motion for Access to Forensic Image of Defendant's Device. (ECF No. 521.) For the reasons stated on the record at the hearing held November 20, 2026, the Court orders the following:

Plaintiffs' Motion for Sanctions against Non-Party Software Conceptions, Inc. (ECF No. 500) is granted. Plaintiffs shall file the entire transcript from the October 19, 2026 deposition of Software Conceptions, Inc., for which Richard Hemenway appeared. Plaintiffs are invited to submit an affidavit within 14 days setting out their fees and costs associated with their preparation for the depositions scheduled for August 11 and October 19, 2026, their motion to compel (ECF No. 375), and the instant motion.

On review of that motion (ECF No. 500), it appears that Defendant Kimmel did not act in good faith in sending a relative who had no connection to Software Conceptions, Inc. (and insufficient knowledge of the topics listed in the subpoena) to serve as the Rule 30(b)(6) witness for that entity after this Court considered and denied Defendant Kimmel's motion for a protective

order to relieve him of any obligation to testify as the Rule 30(b)(6) witness (ECF No. 458). Defendant is ordered to show cause why he should not be subject to sanctions individually for this conduct. He is ordered to file a responsive brief within 14 days of the date of this order. If Plaintiffs wish to file a response, they may do so within seven days of Defendant's filing.

Plaintiffs' Third Motion to Extend the Court Order's Discovery Deadlines (ECF No. 518) is granted. The completion of discovery deadline is extended to December 15, 2026. The dispositive motion deadline is extended to January 11, 2027. The parties are informed that each party may submit only one dispositive motion for the Court to consider.

Plaintiffs' Motion for Access to Forensic Image of Defendant's Device (ECF No. 521) is granted. Within seven days of this Order, the parties shall submit to the Court their competing search protocols. The Court will review the parties' submissions and enter an Order regarding the protocol.

Finally, the Court has reviewed Plaintiffs' Objection Regarding the Court's October 23, 2026, Order. (ECF No. 538.) The Court will sustain Plaintiffs' objection as to the four documents that were discussed on the record. Defendant Kimmel may collect a USB drive containing the remaining documents from the Clerk's Office. A copy of the paper documents lodged with the Court were provided to Defendant Kimmel during the hearing.

IT IS SO ORDERED.

Dated: November 20, 2026

/s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge